UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK EDWARD ANDERSON,

      Plaintiff,

  v.

WASTE MANAGEMENT OF
MICHIGAN, INC.

      Defendant.

CASE NO. 2:08-CV-10643-PJD-MKM

HON. PATRICK J. DUGGAN

| JEDO LAW FIRM, PLC | LITTLER MENDELSON PLC |
|---|---|
| James O. Edokpolo (69766) | Charles C. DeWitt (P26636) |
| Attorney for Plaintiff | William B. Balke (P35272) |
| 110 South Clemens Avenue | Attorneys for Defendant |
| Lansing, Michigan 48912 | 200 Renaissance Center, Suite 3110 |
| (517) 944-2038 | Detroit, Michigan 48243 |
| jedokpolo@aol.com | (313) 446-6401 or 446-6403 |
| | cdewitt@littler.com |
| | wbalke@littler.com |
| | |
| | LITTLER MENDELSON, PC |
| | Paul E. Bateman (6188371) |
| | Michael A. Wilder (6291053) |
| | Attorneys for Defendant |
| | 200 North LaSalle Street, Suite 2900 |
| | Chicago, Illinois 60601 |
| | (312) 372-5520 |
| | pbateman@littler.com |
| | mwilder@littler.com |

**ORDER APPROVING WAIVER AND RELEASE
OF PLAINTIFF'S FMLA CLAIMS AND DISMISSAL OF CASE**

At a session of said Court held in the Theodore Levin United States Courthouse, City of Detroit, County of Wayne, State of Michigan, on July 29, 2008.

PRESENT: Honorable Patrick J. Duggan
United States District Court Judge

This matter is before the Court upon submission of the parties' Joint Motion for Order Approving Waiver and Release of Plaintiff's FMLA Claims and Dismissal of Case, and the

stipulation of the parties by their undersigned counsel, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that upon consideration, the Court finds said Motion well taken, and therefore, this Motion is **GRANTED** and the Court approves of the waiver and release of all Plaintiff's claims under the Family Medical Leave Act, 29 U.S.C. §§ 2601, *et seq.*; and

**IT IS HEREBY FURTHER ORDERED** that the above entitled cause **BE**, and hereby **IS**, **DISMISSED** with prejudice in its entirety, and without costs, interest or attorney fees to any party.

**IT IS SO ORDERED.**

_____
s/Patrick J. Duggan
United States District Court Judge

This Order Approving Waiver and Release of Plaintiff's FMLA Claims and Dismissal of Case is stipulated and approved as to form and substance by:

| JEDO LAW FIRM, PLC | LITTLER MENDELSON PLC |
|---|---|
| /s/ James O. Edokpolo (w/consent) | /s/ William B. Balke |
| James O. Edokpolo (P69766) | Charles C. DeWitt, Jr. (P26636) |
| Attorney for Plaintiff | William B. Balke (P35272) |
| 110 South Clemens Avenue | Attorneys for Defendants |
| Lansing, Michigan 48912 | 200 Renaissance Center, Suite 3110 |
| (517) 944-2038 | Detroit, Michigan 48243 |
| jedokpolo@aol.com | (313) 446-6401 or .446-6403 |
| | cdewitt@littler.com |
| | wbalke@littler.com |
| Dated: July 29, 2008 | Dated: July 29, 2008 |